IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. SEEVERS, MARCELLA M. SCHARTON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Defendant David Seevers' motion for new counsel, (filing no. 29), is granted effective upon an entry of appearance by new retained counsel on defendant Seevers' behalf.

2) As to both defendants, trial of this case is continued, and is now set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on April 11, 2011, or as soon thereafter as the case may be called, for a duration of four (4) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Due to defendant Seevers' change of counsel, the Court further finds the ends of justice will be served by continuing the trial; and the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 11, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 15th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge