IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. SEEVERS, MARCELLA M. SCHARTON, | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The government's motion for status conference, (filing no. 37), is granted.

2) Counsel for the government shall promptly contact my chambers and provide an attorney conflict list for this case.

3) A status conference will be held on March 25, 2011 at 2:00 p.m. before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

4) The defendants, their counsel, and counsel for the government shall be present at the status conference.

5) The trial of this case, currently set for April 11, 2011, is continued pending further order of the court. A new trial date will be set at the status conference.

6) In the interests of justice, the time between today's date and April 11, 2011 remains excluded for the purposes of the Speedy Trial Act because defendant Seevers was granted leave to retain new counsel on February 14, 2011, but since that date, no attorney has filed an appearance on his behalf.

DATED this 22nd day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge