IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3092 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAVID W. SEEVERS, and MARCELLA M. SCHARTON, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)   The government's motion to withdraw, (filing no. 69), is granted.

2)   The government's Notice of Intent to Request Redaction, (filing no. 66), is withdrawn.

DATED this 14th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge