**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| DAVID W. SEEVERS, and MARCELLA M. SCHARTON, | 4:10CR3092 |
| Defendants, | |
| And | |
| STATE BANK OF TABLE ROCK, | |
| Garnishee. | |

## ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Ex-Parte Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against State Bank of Table Rock the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the government's motion, (Filing No. 170), is granted, and the Clerk of the Court shall issue a Writ of Garnishment against State Bank of Table Rock, whose address is P.O. Box D, Table Rock, NE 68447.

October 29, 2018.                    BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge