# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| DAVID W. SEEVERS, and MARCELLA M. SCHARTON, | 4:10CR3092 |
| Defendants, | |
| And | |
| UNION BANK AND TRUST COMPANY, | |
| Garnishee. | |

**ORDER TO ISSUE WRIT OF GARNISHMENT**

This matter comes before this Court on the Ex-Parte Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Union Bank and Trust Company, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the government's motion, (Filing No. 171), is granted, and the Clerk of the Court shall issue a Writ of Garnishment against Union Bank and Trust Company, whose address is Attention Jon VanMeter, Compliance & Risk Department, 3400 Plantation Dr., Lincoln, NE 68516

October 29, 2018.                         BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge