IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID W. SEEVERS and<br>MARCELLA M. SCHARTON,<br><br>　　　　Defendants, | 4:10CR3092<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against State Bank of Table Rock, P.O. Box D, Table Rock, NE 68447.

IT IS HEREBY ORDERED that the government's motion, (Filing No. 180), is granted, and the garnishment against State Bank of Table Rock, is released.

November 5, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge